# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF CALIFORNIA

U.S.A.   CITATION / CASE NO. __3:10-mj-14 CMK__

vs.

## ORDER TO PAY

__James D. Fehely__

SOCIAL SECURITY #: _____
DATE of BIRTH: _____
DRIVER'S LICENSE #: _____
ADDRESS: _____
_____
City    State    Zip Code

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE UNITED STATES ATTORNEY IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

**I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT**

DATE: __5-25-10__    _____
DEFENDANT'S SIGNATURE

**YOU ARE HEREBY ORDERED TO PAY THE FOLLOWING:**

CITATION / CASE NO: __Count 1__   FINE __190.00__ ASGMT. __10.00__
CITATION / CASE NO: __Count 2__   FINE __190.00__ ASGMT. __10.00__
CITATION / CASE NO: _____   FINE _____ ASGMT. _____
CITATION / CASE NO: _____   FINE _____ ASGMT. _____

[X] **FINE TOTAL** of $ __380.00__ and a penalty assessment of $ __20.00__ ~~within~~ _paid in full by 11-1-10_

~~_____ days/months or payments of $ _____ per month, commencing _____ and due on the _____ of each month until paid in full.~~

( ) **RESTITUTION** _____
( ) **COMMUNITY SERVICE** _____ with fees not to exceed $ _____
to be completed by _____ with proof mailed to the Clerk of the Court.
( ) **PROBATION** to be unsupervised / supervised for: _____

PAYMENTS **must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (circle one):**

~~CENTRAL VIOLATIONS BUREAU~~
~~P.O. Box 740026,~~
~~Atlanta, GA 30374-0026~~
~~1-800-827-2982~~

CLERK, USDC
~~650 Capitol Mall, Rm 2546~~ __501 I Street__
Sacramento, CA 95814

Your check or money order must indicate **your name** and **citation/case number** shown above to ensure your account is credited for payment received.

DATE: __5-25-10__    _____
U.S. MAGISTRATE JUDGE

Clerk's Office    EDCA - 03 Rev 8/97